■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LOUIS CESTONE, Appellant. [628 NYS2d 552] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Posner, J.), rendered June 2, 1993, convicting him of criminal possession of a forged instrument in the second degree (two counts), after a nonjury trial, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the evidence was legally insufficient to establish his possession of forged instruments is unpreserved for appellate review *(see,* CPL 470.05 [2]; *People v Udzinski,* 146 AD2d 245, 250). In any event, viewing the evidence in the light most favorable to the People *(see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence *(see,* CPL 470.15 [5]). O'Brien, J. P., Ritter, Copertino and Krausman, JJ., concur.